344 F.2d 95
 TADDEO CONSTRUCTION AND LEASING CORPORATION, Appellant,
v.
CAIN ROOFING & SHEET METAL, INC., a Division of Cain
Manufacturing Company, et al., Appellees.
 No. 21394.
 United States Court of Appeals Fifth Circuit.
 April 5, 1965.
 
 Charles L. Howard, Jr., Rogers, Howard, Redden & Mills, Birmingham, Ala., for appellant.
 Morris K. Sirote, Sirote, Permutt, Friend & Friedman, Birmingham, Ala., for appellees.
 Lee E. Bains, Ling & Bains, Bessemer, Ala., for H. R. Webster, and others.
 Ferris S. Ritchey, Jr., Ritchey & Nicholson, Birmingham, Ala., for Cain Roofing & Sheet Metal, Inc., Appellee.
 Before WOODBURY,[1] JONES and GEWIN, Circuit Judges.
 PER CURIAM:
 
 
 1
 No prejudicial error having been shown, the judgment of the district court is
 
 
 2
 Affirmed.
 
 
 
 [1]
 Senior Judge of the First Circuit, sitting by designation